IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN STRACK,

      Plaintiff,                    No. CIV S-10-0215 KJM P

    vs.

PHILIP H. BECK, M.D.,

      Defendant.              <u>ORDER</u>

         /

       Plaintiff, a California prisoner proceeding pro se, has filed an action for violation of civil rights under 42 U.S.C. § 1983. However, plaintiff has not signed his complaint as is required under Rule 11 of the Federal Rules of Civil Procedure. Good cause appearing, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court send plaintiff a copy of his unsigned complaint (docket no. 1); and

       2. Plaintiff file a signed copy of his complaint within twenty-one days. Failure to comply with this order will result in dismissal of this case.

DATED: February 23, 2010.

                                              U.S. MAGISTRATE JUDGE

1
stra02154.11